584 A.2d 1388

**Michael McKENZIE, Appellant,**

**v.**

**PENNSYLVANIA ASSIGNED CLAIMS PLAN c/o Travelers Insurance Company.**

Supreme Court of Pennsylvania.

Argued Jan. 15, 1991.

Decided Feb. 7, 1991.

Ronald Jay Bayer, Philadelphia, for appellant.

Jeffrey A. Less, A. Richard Feldman, Philadelphia, for Pennsylvania Assigned Claims Plan and Travelers Ins. Co.

Before LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.